# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE BANK, et al.,<br><br>Defendants. | Case No.: 18cv2457-LAB (BGS)<br><br>**ORDER OF DISMISSAL** |

The Court granted Defendants' motion to dismiss in part, dismissing one federal claim with prejudice and the other federal claim — along with a declaratory relief claim and supplemental state claims — without prejudice. The Court directed Plaintiff, if he thought he could successfully amend his one remaining federal claim, to seek leave to do so. Otherwise, the Court cautioned him, it would accept failure to seek leave to amend as a concession that the remaining claim could not be saved by amendment. In that instance, the federal claim would be dismissed with prejudice, and the supplemental state claims would be dismissed without prejudice.

Plaintiff then filed an *ex parte* motion, conceding that his federal claims should be dismissed with prejudice, and asking that other claims be dismissed without prejudice. Defendants did not oppose this, or object.

Plaintiff's claims under the Fair Debt Collection Practices Act and Fair Credit Reporting Act are **DISMISSED WITH PREJUDICE**, and the remaining claims are **DISMISSED WITHOUT PREJUDICE**. This action is **DISMISSED** and the Clerk is directed to close the docket.

**IT IS SO ORDERED**.

Dated: April 2, 2020

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge